BELLON & MANINGO, LTD.
732 South Sixth Street, Suite 102
Las Vegas, Nevada 89101
702-452-6299 • 702-452-6298 Fax

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 2:11-CR-00109-LDG-RJJ |
| Plaintiff, ) | (Second Request) |
| vs. ) | |
| JUAN GOMEZ SANDOVAL, ) | |
| Defendant. ) | |

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the sentencing date;

2. That counsel is not fully prepared for Sentencing; more time is needed to review the file documents as well as the Presentence Investigation Report;

3. That the AUSA Brad Giles is agreeable to the continuance;

4. That barring any unforeseen emergencies and/or circumstances, the Defendant will not seek any additional continuances of the sentencing in this matter;

5. That the Defendant is aware of the need for a continuance in this matter and is agreeable to same;

6. That denial of this request for a continuance could result in a miscarriage of justice; and

7. That this is the second request for a continuance of the Sentencing date.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing date in this matter currently scheduled for March 7, 2012 at 10:00 a.m. be vacated and continued to Thurs. May 17, 2012 at 2:00 PM in the above-noted Federal Courthouse. In courtroom 6B.

DATED this 1 day of MAR, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully submitted by:

/s/ Lance A. Maningo
_____
BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant
JUAN GOMEZ-SANDOVAL

BELLON & MANINGO, LTD.
732 South Sixth Street, Suite 102
Las Vegas, Nevada 89101
702-452-6299 • 702-452-6298 Fax